UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARD ALLEN SCHRECONGOST,<br><br>Defendant. | Case No. 3:19-cr-00008-LRH-WGC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for WARD SCHRECONGOST and CHRISTOPHER CHIOU, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for December 16, 2021, at 11:00 AM, be vacated and continued to January 27, 2022, at 11:00 AM.

    / / /

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Schrecongost is currently on bond.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 10th day of December, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Lauren D. Gorman*<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for WARD SCHRECONGOST | By */s/ Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for December 16, 2021, at 11:00 AM, be vacated and continued to January 27, 2022, at 11:00 AM.

DATED this 13th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE